**Opinion issued August 20, 2013**



In The

# Court of Appeals
**For The**

# First District of Texas

---

**NO. 01–11–01036–CV**

---

**SHANNON SIMON, Appellant**

**V.**

**ROYAL INN MOTEL, Appellee**

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-03589**

---

## MEMORANDUM OPINION

Appellant Shannon Simon has failed to timely file a brief. *See* TEX. R. APP.

P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file

brief). On May 16, 2013, this Court sent a notice to appellant that the appeal was subject to dismissal because he had failed to timely file his brief, and we required a response on or before May 28, 2013. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case). On June 5, 2013, the notification was returned to the Court as undeliverable. The notice was sent to the address provided by appellant to this Court in a letter, and appellant has not provided the Court with a new address. Appellant was required to provide this Court with his current address to facilitate this Court's communication with appellant, but appellant has not notified this Court of his new address. *See* TEX. R. APP. P. 6.3(c), 9.1(b).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.